UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE CARROLL,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. 2:19-cv-1904-EFB P<br><br><br>ORDER |

Tremayne Carroll is a state prisoner proceeding without counsel. This action was opened when he submitted to the court three variations of a filing entitled "Petition for Preliminary Injunctive Relief, Temporary Restraining Order, Appointment of Counsel, Right to File for Monetary Damages." ECF Nos. 1, 2, 3. Mr. Carroll has not property commenced a civil action.

A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. A complaint must contain a short and plain statement of the plaintiff's claim, showing that he is entitled to relief. Fed. R. Civ. P. 8. It must also contain a caption including the names of all defendants. Fed. R. Civ. P. 10(a). Mr. Carroll may draft his claims on the form complaint used by this court.

In addition, a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Section 1915(a)(2) requires "a prisoner seeking to bring a civil

action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." To proceed with a civil action, Mr. Carroll must either pay the filing fee or comply with the requirements set forth in the in forma pauperis statute.

Until Mr. Carroll submits a complaint and either pays the filing fee or meets the requirements of 28 U.S.C. § 1915(a), there simply is no case before the court.

Accordingly, it hereby is ORDERED that:

1. The Clerk of the Court shall send to Mr. Carroll the form complaint and application for leave to proceed in forma pauperis used in this court;

2. Within 30 days of the date of this order, Mr. Carroll shall either pay the $400 filing fee or submit a complete application for leave to proceed in forma pauperis; and

3. Within 30 days of the date of this order, Mr. Carroll shall submit a complaint stating the nature of the action and his belief that he is entitled to redress. Failure to comply with this order may result in dismissal.

DATED: September 30, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE